**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 98-6751

---

SAMUEL DEWITT MCCOTTER,

Petitioner - Appellant,

versus

WILLIE SCOTT,

Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (CA-98-76-5-BO)

---

Submitted: November 10, 1998     Decided: November 30, 1998

---

Before NIEMEYER and HAMILTON, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Samuel Dewitt McCotter, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Samuel Dewitt McCotter seeks to appeal the district court's order properly construing his motion as one filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998) and dismissing it. We have reviewed the record and the district court's opinion and find no reversible error. McCotter also seeks review of the transfer of his motion from the Northern District of Georgia to the Eastern District of North Carolina. We are without jurisdiction to consider a transfer order entered by a district court not within our territorial jurisdiction. See Linnell v. Sloan, 636 F.2d 65, 67 (4th Cir. 1980); Preston Corp. v. Raese, 335 F.2d 827, 828 (4th Cir. 1964). Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. McCotter v. Scott, No. CA-98-76-5-BO (E.D.N.C. May 8, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED